# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 22-CR-0061-TWR |
|---|---|
| Plaintiff, | **ORDER DISMISSING INFORMATION WITHOUT PREJUDICE AND JUDGMENT THEREON** |
| v. | |
| JAMIE LOEZA-GARCIA, | **The Honorable Todd W. Robinson** |
| Defendant. | |

The United States of America's Motion to Dismiss the Information under FRCP 48(a) [ECF No. 14], without prejudice, is GRANTED. The Court dismisses the Information without prejudice.

**SO ORDERED AND ADJUDGED.**

DATED: 4/14/2022

HON. TODD W. ROBINSON
United States District Judge